**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 14-cv-0842-WJM-KLM

PRICE AUTOMOTIVE, II, LLC,

    Plaintiff,

v.

MASS MANAGEMENT, LLC, EDISON 2 MOTORS, a Virginia limited liability company,
OLIVER KUTTNER,
BRUCE ARMSTER, and
REDLINE RESTORATIONS, LLC, a Connecticut limited liability company,

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO TRANSFER

This matter comes before the Court on the Parties' Joint Motion to Transfer to Western District of Virginia, filed June 3, 2014 (ECF No. 27). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Motion is GRANTED. The above-captioned matter is hereby TRANSFERRED to the United States District Court for the Western District of Virginia.

DATED this 3rd day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge